UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| LAUREN MORRIS,<br><br>      *Plaintiff*,<br><br>v.<br><br>CHAD SEHLKE,<br><br>      *Defendant*. | Case No. 2:22-cv-00512 (JLB) (NPM) |

**STIPULATION OF VOLUNTARY DISMISSAL
WITH PREJUDICE OF CLAIMS AGAINST DEFENDANT**

  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for Plaintiff Lauren Morris and Defendant Chad Sehlke, as follows:

  1. This action was commenced on August 19, 2022, and an amended complaint was filed on January 19, 2023, asserting claims for fraud and misrepresentation, assault, false imprisonment, intentional infliction of emotional distress, and two counts of battery. The parties have settled these claims.

  2. Therefore, pursuant to Federal Rule of Civil Procedure 41(a)(l)(A)(ii), the parties hereby stipulate and agree that this action, and all claims asserted by Plaintiff, be dismissed, with prejudice. The parties shall bear their own costs and attorneys' fees.

1

Respectfully submitted this 7th day of March, 2024.

/s/ Julie E. Fink
Roberta A. Kaplan (NY #2507093)*
Julie E. Fink (NY #4452553)*
Shawn G. Crowley (NY #5019195)*
D. Brandon Trice (NY #5140017)*
Katherine Epstein (NY #5621412)*
Helen Andrews (NY #5733381)*

KAPLAN HECKER & FINK LLP
350 Fifth Avenue, 63rd Floor
New York, New York 10118
(212) 763-0883
rkaplan@kaplanhecker.com
jfink@kaplanhecker.com
scrowley@kaplanhecker.com
btrice@kaplanhecker.com
kepstein@kaplanhecker.com
handrews@kaplanhecker.com

Stephen F. Rosenthal
Florida Bar No. 131458
Christina H. Martinez
Florida Bar No. 1029432

PODHURST ORSECK, P.A.
One Southeast 3rd Avenue, Suite 2300
Miami, Florida 33131
(305) 358-2800
srosenthal@podhurst.com
cmartinez@podhurst.com

*Attorneys for Plaintiff*
*\*admitted pro hac vice*

/s/ Gregory M. Singer
John F. Lauro, Esq.
Florida Bar No. 794074
jlauro@laurosinger.com
Gregory M. Singer, Esq.
Florida Bar No. 109267
gsinger@laurosinger.com
Filzah I. Pavalon, Esq.
Florida Bar No. 1033403
fpavalon@laurosinger.com
LAURO & SINGER
400 N. Tampa St., 15th Floor
Tampa, FL 33602
(813) 222-8990

Richard D. Kelley, Esq. (PHV)
(Lead Trial Counsel)
Virginia Bar No. 44228
rkelley@beankinney.com
BEAN KINNEY & KORMAN
2311 Wilson Blvd., Suite 500
Arlington, VA 22201
(703) 284-7241

*Attorneys for Defendant*